UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GENARO RICHARD PERRY,<br><br>       Petitioner,<br>v.<br>WARDEN GABRIELA NAJERA,<br><br>       Respondent. | Case No. 2:23-cv-00311-GMN-EJY<br>Case No. 2:23-cv-00396-RFB-VCF<br><br>**Order** |

Genaro Richard Perry submitted a *pro se* 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 1-1.) He did not file an application to proceed *in forma pauperis* or pay the filing fee, though he filed a notice in which he explained that he had submitted an inmate account transaction request asking Nevada Department of Corrections Inmate Services to send the $5.00 filing fee to the court. (ECF No. 3.) About two weeks after Perry filed the notice, he sent an application to proceed *in forma pauperis*, the filing fee, and a motion for appointment of counsel to the court. However, he did not include the case number, and therefore, the Clerk of Court opened a new action– case no. 2:23-cv-00396-RFB-VCF. Accordingly, the court directs the Clerk to apply the fee to case no. 2:23-cv-311 and to file the application to proceed *in forma pauperis* and the motion for appointment of counsel that are currently in case no. 2:23-cv-00396 in case no. 2:23-cv-311.

**IT IS THEREFORE ORDERED** that the Clerk of Court apply the fee paid in case no. 2:23-cv-00396 (*see* ECF No. 1) to case no. 2:23-cv-00311.

1

**IT IS FURTHER ORDERED** that the Clerk of Court **FILE** petitioner's application to proceed *in forma pauperis* (ECF No. 2) and motion for appointment of counsel (ECF No. 3) that are currently filed in case no. 2:23-cv-00396 in 2:23-cv-00311.

**IT IS FURTHER ORDERED** that the Clerk **terminate** the two motions filed in case no. 2:23-cv-00396 (ECF Nos. 2, 3).

**IT IS FURTHER ORDERED** that the Clerk **administratively close** case no. 2:23-cv-00396.

**IT IS FURTHER ORDERED** that the Clerk **send** a copy of this order to the U.S. District Court for the District of Nevada Finance Division.

DATED: 17 April 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE